**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,                    Case No. 2:22-mj-00568-EJY

   Plaintiff,                 **ORDER**

  v.

STEFON ALEXANDER LEREAL WRIGHT,

   Defendant.

<u>**ORDER**</u>

  IT IS THEREFORE ORDERED that the deadline to complete conditions currently set on April 5, 2023, be extended and continued to April 19, 2023.

  DATED this 5th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1